**Christopher P. BUONANNO**

v.

**Joseph R. DiSTEFANO et al.**

**No. 80–585–M.P.**

Supreme Court of Rhode Island.

Jan. 5, 1981.

Christopher P. Buonanno, pro se.

88

Selya & Iannuccillo, Inc., Bruce M. Selya, Providence, for respondents.

## ORDER

The petition for certiorari is granted, provided, however that the issuance of the writ is hereby deferred until after the election scheduled to be held on January 27, 1981.

The motion of Anne Mooradian to intervene is granted. The petitioner's motion to stay the decision of the Board of Elections is hereby denied.